**97–2056. Davis v. Farmers Ins. Group of Cos.**
Montgomery App. No. 16378. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion to strike brief of appellee,
IT IS ORDERED by the court, *sua sponte*, that appellant may file a reply brief within five days from the date of this entry.

**97–2301. Davis v. Farmers Ins. Group of Cos.**
Montgomery App. No. 16378. This cause is pending before the court on the certification of conflict by the Court of Appeals for Montgomery County. Upon consideration of appellant's motion to strike brief of appellee,

IT IS ORDERED by the court, *sua sponte*, that appellant may file a reply brief within five days from the date of this entry.